AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
AUG 05 2014
Clerk of Court

| United States of America | ) misdemeanor |
| v. | ) Case No. M-14-1493-M |
| Nelson Dionisio CHAVARRIA-Ramos | ) (Related: M-14-1511-M) |
| Citizen of Honduras | ) |
| YOB 1989 | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 4, 2014__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 111(a) | (Simple Assault) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

Approved for filing:
[signature] AUSA
8-5-14

_Complainant's signature_
Philip Russell, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 08/05/2014

City and state: McAllen, Texas

_Judge's signature_
US Magistrate Judge Dorina Ramos
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Philip Russell, being duly sworn, do herby depose and state that:

1. Your affiant is currently employed as a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the McAllen Resident Agency, San Antonio Division. Your affiant has been employed as a Special Agent since July 4, 2010. Your affiant is currently assigned to the Violent Crimes and Major Offenders (VCMO) Squad.

2. The following facts and information are known by the Affiant and were provided by a Supervisory Border Patrol Agent from the Rio Grande City, Texas Border Patrol Station as well as the victim, United States Border Patrol Agent R.G. The information provided by Agent R.G. as well as other Border Patrol Agents serve as probable cause in support of a complaint for violating Title 18 U.S.C. Section 111, against Nelson Dionisio Chavarria-Ramos, year of birth 1989. This affidavit is intended to support probable cause but it is not intended to convey all the facts of the investigation.

3. On August 4, 2014, at approximately 3:30 PM, Border Patrol Agent R.G. was conducting line-watch duties in Starr County, Texas when he encountered two suspected illegal aliens. Upon encountering the aliens, Agent R.G. was violently assaulted by one of the aliens, later identified as Chavarria-Ramos. Chavarria-Ramos, in an effort to resist arrest, repeatedly punched Agent R.G., striking Agent R.G. at least twice in his face. Chavarria-Ramos was assisted in assaulting Agent R.G. by a second individual, Marco Tulio Avelar-Gomez, YOB 1969, who held Agent R.G.'s legs while Chavarria-Ramos punched him.

4. Both Chavarria-Ramos, and Avelar-Gomez were eventually arrested by Agent R.G., and both were found to be citizens of Honduras, illegally present in the United States.

5. Based on the forgoing, there is probable cause to believe that Nelson Chavarria-Ramos, born in 1989, did then and there, forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in section 1114 of this title while engaged in or on account of the performance of official duties in violation of 18 USC 111(a).


I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

*[signature: Phly Russell]*

Philip A. Russell
Special Agent
Federal Bureau of Investigation

Signed and sworn before me this the 5 day of August, 2014.

*[signature: Donna Rama]*
US Magistrate Judge